1  JOHN P. STENNETT, SBN: 72815
   STENNETT & STENNETT
2  501 W. Broadway, Suite 1340
   San Diego, CA 92101
3  Telephone: (619) 544-6887
   Fax: (619) 233-3796
4
   Attorneys for Plaintiff
5

6

7

8                 UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                        '08 CV 1055 LAB POR

11  MINA FARHAD,                          ]  NO. _____
                                          ]
12              Plaintiff,                ]
                                          ]
13        v.                              ]  COMPLAINT
                                          ]  FOR RELIEF UNDER ERISA
14  ORACLE CORPORATION LONG TERM          ]  (29 U.S.C. § 1001 et seq.)
    DISABILITY PLAN; ORACLE               ]
15  CORPORATION; RELIANCE STANDARD        ]
    LIFE AND ACCIDENT INSURANCE           ]
16  COMPANY,                              ]
                                          ]
17              Defendants.               ]
                                          ]
18

19        COMES NOW the plaintiff who alleges against defendants as follows:

20                        **NATURE OF ACTION**

21        1.      This is an action arising under the Employee Retirement Income Security Act of

22  1974, as amended ("ERISA"), 29 U.S.C. §§ 1001 et seq.

23                      **JURISDICTION AND VENUE**

24        2.      This court has subject matter jurisdiction pursuant to 29 U.S.C. § 1132(e)(1) and

25  28 U.S.C. § 1331.

26        3.      Venue is proper in this district pursuant to 29 U.S.C. § 1132(e)(2).

27        4.      At all times herein mentioned plaintiff MINA FARHAD was a resident of San

28  Diego and was an employee of ORACLE CORPORATION until she was unable to return to

                                                                              Complaint

1  work on or about September 1, 2006. Plaintiff's position with ORACLE CORPORATION was

2  as an I.T. Sales Consultant.

3       5.     ORACLE CORPORATION is a Delaware Corporation duly authorized to transact

4  business in the State of California.

5       6.     Defendant ORACLE CORPORATION'S LONG TERM DISABILITY PLAN

6  (hereinafter referred to as the "PLAN") is the designated name of the subject Long Term

7  Disability Plan and is an employee welfare benefit plan as defined by 29 U.S.C. § 1002(1).

8       7.     RELIANCE STANDARD LIFE INSURANCE COMPANY (hereinafter referred

9  to as "RELIANCE STANDARD") is a Corporation duly authorized to transact business as an

10  insurer in the State of California.

11       8.     During the course of his employment with ORACLE CORPORATION, plaintiff

12  was given the opportunity to participate in the PLAN as sponsored by ORACLE

13  CORPORATION which provided long term disability benefits. The disability benefits were

14  provided for through an insurance policy issued by RELIANCE STANDARD and obtained by

15  ORACLE CORPORATION for the benefit of its participating employees.  Plaintiff elected to

16  participate in the plan and was covered under the policy when she became disabled on September

17  1, 2006 and entitled to benefits on December 1, 2006. Plaintiff has remained continuously

18  disabled to the present date.

19       9.     The terms of the plan provided for monthly disability payments equal to 66-2/3%

20  of plaintiff's monthly pay to age 67 should plaintiff become and remain disabled. The PLAN

21  contained a 90-day elimination period requiring the beneficiary to be disabled for 90 days before

22  receiving benefits. Plaintiff received Group Long Term Insurance Policy Number LSC-102439

23  and LSC-97,200 issued to ORACLE CORPORATION which plaintiff is informed sets forth the

24  terms and conditions of the insured benefits. The policy is known to and in the possession of

25  defendants.

26       10.     On information and belief, plaintiff alleges that defendant RELIANCE

27  STANDARD performed all claims administration functions and made all decisions regarding

28  plaintiff's eligibility for benefits under the PLAN. Defendant RELIANCE STANDARD was the

Complaint

1  acting administrator of the PLAN and stood in a fiduciary relationship with the PLAN and

2  plaintiff.

3         11.    On information and belief plaintiff alleges that defendant ORACLE

4  CORPORATION was the designated administrator of the PLAN and stood in a fiduciary

5  relationship with the PLAN and plaintiff.

6         12.    At all times herein mentioned, the conduct of defendants, and each of them was

7  carried out through the acts and/or omissions of their agents, administrators, representatives,

8  and/or employees, and the conduct of said agents and/or employees was authorized and ratified by

9  defendants and/or the officers, directors and/or managing agents, and each of them.

10         13.    On or about September 1, 2006 and while said policy of insurance was in full force

11  and effect, i.e., within the policy time periods, plaintiff sustained a loss covered under said policy

12  of insurance, in that she became totally disabled as defined in the terms and conditions of the

13  policy of insurance referred to herein.

14         14.    At all times relevant, plaintiff made a timely claim for benefits, performed all of the

15  terms and conditions required of her under the PLAN and met all of the conditions requested for

16  her to receive PLAN benefits, beginning on December 1, 2006.

17         15.    Plaintiff has exhausted all administrative remedies provided for under the PLAN

18  to collect the benefits due her under the PLAN under 29 CFR 2560.503-1(l).  Plaintiff's initial

19  application for benefits was denied by letter dated August 20, 2007.  Plaintiff appealed the

20  PLAN'S denial of her  benefits by letter dated February 13, 2008.  The PLAN acknowledged

21  receipt of plaintiff's appeal; however, failed to make a determination on plaintiff's appeal as

22  required under 29 CFR 2560.503-1(i).

23         16.    Plaintiff is entitled under the PLAN to the disability benefits from December 1,

24  2006, at the rate of $4,742.45 per month to date, and in the future, less Social Security Disability

25  benefits received by plaintiff as long as she remains disabled and until she reaches the age of 67.

26  Plaintiff is furthermore entitled to reasonable attorneys' fees and costs pursuant to 29 U.S.C. §

27  1132(g)(1).

28         WHEREFORE, plaintiff prays judgment as follows:

Complaint

1    (1)    For unpaid PLAN benefits and a declaration that plaintiff is entitled to ongoing

2 disability benefits;

3    (2)    For attorneys' fees according to proof;

4    (3)    For costs of suit incurred herein; and,

5    (4)    For such other and further relief as the Court may deem proper, including interest

6 (prejudgment and otherwise) on sums due.

7                              STENNETT & STENNETT
                             Attorneys for Plaintiff
8

9
                             By _____
10                                   JOHN P. STENNETT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MINA FARHAD

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

JOHN P. STENNETT, 501 W. Broadway, #1340, San Diego, CA 92101
619-544-6887

## DEFENDANTS

ORACLE CORPORATION LONG TERM DISABILITY PLAN;

FILED
08 JUN 13 PM 2:50

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.
BY:

Attorneys (If Known)

'08 CV 1055 LAB POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☒ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 USC Section 1001, et seq.

Brief description of cause:
Claim for disability benefits under an ERISA employee benefit plan.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE
06/13/2008

SIGNATURE OF ATTORNEY OF RECORD



**FOR OFFICE USE ONLY**

RECEIPT # 151944  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

TLC 6/13/08



**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151944    — TC
* * C O P Y * *
June 13, 2008**
**14:52:31**

**Civ Fil Non-Pris**
USAO #.: 08CV1055
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC4663

**Total—>   $350.00**

FROM: MINA FARHAD
      VS.
      ORACLE CORP