Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MINA FARHAD,
          Plaintiff,

vs

ORACLE CORPORATION LONG TERM DISABILITY PLAN; ORACLE CORPORATION; RELIANCE STANDARD LIFE AND ACCIDENT INSURANCE COMPANY,
          Defendants.

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1055 LAB POR

FILED
08 JUN 13 PM 2:56
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.
_____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JOHN P. STENNETT, STENNETT & STENNETT
501 W. Broadway, Suite 1340
San Diego, CA 92101
          Telephone: 619-544-6887

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 1 3 2008
DATE

By  B. BOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

