1  JOHN P. STENNETT, SBN: 72815
   STENNETT & STENNETT
2  501 W. Broadway, Suite 1340
   San Diego, CA 92101
3  Telephone: (619) 544-6887
   Fax: (619) 233-3796
4
   Attorneys for Plaintiff
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  MINA FARHAD,                              ]   NO.   08 cv 1055 LAB POR
                                              ]
12            Plaintiff,                      ]
                                              ]
13       v.                                   ]   **NOTICE OF VOLUNTARY DISMISSAL**
                                              ]
14  ORACLE CORPORATION LONG TERM              ]
    DISABILITY PLAN; ORACLE                   ]
15  CORPORATION; RELIANCE STANDARD            ]
    LIFE AND ACCIDENT INSURANCE               ]
16  COMPANY,                                  ]
                                              ]
17            Defendants.                     ]
    _____]
18

19       NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)

20  and based on the fact that defendants have agreed to reinstate plaintiff's disability benefits,

21  plaintiff voluntarily dismisses the above-captioned action without prejudice.

22       Dated: August 20, 2008              STENNETT & STENNETT

23                                           Attorneys for Plaintiff

24

25                                           By _____*/s/ John P. Stennett*_____
                                                         JOHN P. STENNETT
26

27

28

                                                                              DISMISSAL